# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
November 19, 2013

Lyle W. Cayce
Clerk

No. 12-50762
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

QUITTMAN ANDRE GOODLEY, also known as Q-Good,

Defendant-Appellant

Appeals from the United States District Court
for the Western District of Texas
USDC No. 7:11-CR-331-1

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Quittman Andre Goodley has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011).  Goodley has filed responses and has moved for appointment of new counsel.

We have reviewed counsel's briefs and the relevant portions of the record reflected therein, as well as Goodley's responses.  The record is insufficiently

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

developed to allow consideration at this time of Goodley's claim of ineffective assistance of counsel; such a claim generally "cannot be resolved on direct appeal when the claim has not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v. Cantwell*, 470 F.3d 1087, 1091 (5th Cir. 2006) (internal quotation marks and citation omitted).

Further, we concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. The motion for appointment of new counsel is DENIED.